**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MAGDALENA VASQUEZ, Individually and as
Administrator of the Estate of Gregorio Vasquez**                                    **PLAINTIFF**

**v.**                                               **4:10CV1295-WRW**

**OVERTON TRANSPORTATION LLC**                                          **DEFENDANT**

## ORDER

Pending are Defendant Freshpoint Nashville, Inc.'s Motion to Dismiss (Doc. No. 3) and

Plaintiff's Motion for Voluntary Nonsuit with Respect to Freshpoint Nashville, Inc. (Doc. No. 6).

Plaintiff's Motion for Voluntary Nonsuit is GRANTED, and Defendant's Motion is DENIED as

MOOT.

IT IS SO ORDERED this 18th day of October, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE